07-181-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
vs.

UMOH, ANIEKOBO M

WASHINGTON, DC 20018

*Defendant*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| C51006 EV47 | 07/20/2006 |

DRIVE W/SUSPENDED LIC

**FILED**
APR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **MANDATORY** may be Forfeited in Lieu of Appearance.

Date  11/13/06

United States Magistrate Judge
**BARRY R. PORETZ**

---

RETURN

| RECEIVED | DATE 7/20/06 | LOCATION E/VA |

*EXECUTED BY ARREST OF THE ABOVE NAMED DEFENDANT*

| | DATE 4/27/07 | LOCATION D/DC 01 |

Name: Stephenie Owens  Title: DUSM  District: District Court/DC
Date: 4/27/07  Signature: S. Owens

07-181-M-01



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

### EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| UMOH, ANIEKOBO M<br><br>WASHINGTON, DC 20018 | C51006<br>EV47<br><br>DRIVE W/SUSPENDED LIC | 07/20/2006 |
| Defendant | | |

**FILED**
APR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ __**MANDATORY**__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND DIFFERENCE TO PERSON THAT IS BEING PAID FOR. IF OTHER THAN PAYEE ON ALL CHECKS OR MONEY ORDERS.

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| C 51006 | BRETT GRIER | 250 | EV-47 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07 20 2006 06:03 AM | 32 CFR 19033 46.2-301 |

Place of Offense: GBCT VISITORS CONTROL CENTER

Offense Description: Driving while License, permit, or Privilege to Drive Suspended or Revoked

### DEFENDANT INFORMATION

| Last Name | First Name | Phone ( ) |
|---|---|---|
| UMOH | ANIEKOBO | |

| Street Address | | | |
|---|---|---|---|
| City | State | Zip Code | |
| WASHINGTON | DC | 20018 | |

| Driver's License No | D.L. State | Social Security No | Date of Birth | |
|---|---|---|---|---|
| | D.C. | | 6-1 | |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Haz | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | | | | 176 |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|
| | DC | | Honda Accord | RED | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| PAY THIS AMOUNT → | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| | $ | Total Collateral Due |

| YOUR COURT DATE | | |
|---|---|---|
| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
| 401 Courthouse Square Alexandria, VA 22314 | 10/27/2006 | 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X (signature)

---

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on 20 July, 20 06 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

I observed a red Honda Accord bearing D.C. tags driving in the parking lot of the VA route 123 entrance of GBCT compound, Langley Virginia. The operator of the vehicle was identified by D.C. driver's license as Aniekobo M. Umoh. A VCIN/NCIC inquiry revealed that Mr. Umoh's license or privilege is suspended in the state of Virginia. All information on the front of this violation notice is incorporated by reference herein.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/27/2006   Officer's Signature: (signed)

Probable cause has been stated for the issuance of a warrant.

Executed on: 11/3/06   U.S. Magistrate Judge (signed)

CVB Scan 9/7/2006 no 16.02