### United States District Court
### For the District of Columbia
### 333 Constitution Avenue, NW
### Washington, D.C. 20001
Date: 5/4/07

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: U.S. District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314

**FILED**
MAY 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Aniekobo M. Umoh; 07-181M

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Notices | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 5/2/07 and 4/27/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk